| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hittner, David | 2. Court or Organization<br><br>District Court - Southern TX | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge Sr. Stat. | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br><br>515 Rusk Street Room 8509<br><br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Sam Houston Area Council/Boy Scouts of America |
| 2. | Director | South Texas Law Review |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 16 1 56 PM '05 FINANCIAL DISCLOSURE OFFICE

| | | FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|---|---|

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Hittner, David

Date of Report

5/10/2005

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/11/04 | University of Houston Law Foundation Teaching Fee for CLE Program Houston | 500.00 |
| 2. | 3/29/04 | The West Group - Royalties on 5th Circuit Guide | 5,481.10 |
| 3. | 9/24/04 | The West Group - Royalties on 5th Circuit Guide | 5,280.30 |
| 4. | 11/16/04 | University of Houston Law Foundation - Teaching Fees for CLE Programs Houston and Dallas | 5,000.00 |
| 5. | 11/16/04 | University of Houston Law Foundation - Royalty on Saturday Morning in Court Programs | 798.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | CLE Program Reimbursement (lodging, airfare & meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Cash/Checking-J P Morgan Chase Bank, Houston, | | None | L | T | | | | | |
| 3. IRA CD - J P Morgan Chase, Houston, TX | B | Interest | K | T | | | | | |
| 4. Cash/savings - J P Morgan Chase Bank, Houston, TX | B | Interest | L | T | | | | | |
| 5. Cash/savings - Bank of America, Houston, TX | A | Interest | K | T | | | | | |
| 6. LIFE INS./ANNUITIES: | | | | | | | | | |
| 7. Mutual Trst Life Ins. Co/Oakbrook, IL | C | Interest | L | T | | | | | |
| 8. INVESTMENTS: | | | | | | | | | |
| 9. Adell Harriman & Carpenter Money Mkt Account | A | Interest | K | T | | | | | |
| 10. FIDELITY INVESTMENTS INSTI. BROKERAGE GROUP: | | | | | | | | | |
| 11. ADP | A | Dividend | K | T | | | | | |
| 12. GE | A | Dividend | K | T | | | | | |
| 13. VZ | A | Dividend | J | T | | | | | |
| 14. SC | A | Dividend | K | T | | | | | |
| 15. WMT | A | Dividend | J | T | | | | | |
| 16. MSFT | C | Dividend | K | T | | | | | |
| 17. HD | A | Dividend | K | T | | | | | |
| 18. INTC | A | Dividend | K | T | | | | | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)       F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
(See Columns C1 and D3)       N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
       P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
(See Column C2)       U = Book Value       V = Other       W = Estimated

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| Hittner, David | | 5/10/2005 | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MRK | A | Dividend | | | Sell all | 10/5 | J | A | |
| 20. JNJ | A | Dividend | K | T | | | | | |
| 21. SYY | A | Dividend | K | T | | | | | |
| 22. ORCL | | None | K | T | | | | | |
| 23. JPM | A | Dividend | J | T | | | | | |
| 24. CSCO | | None | K | T | Sell pt | 01/08 | K | D | |
| 25. C | A | Dividend | K | T | | | | | |
| 26. AMGN | | None | J | T | | | | | |
| 27. XOM | A | Dividend | K | T | | | | | |
| 28. MDT | A | Dividend | J | T | | | | | |
| 29. NOK | A | Dividend | | | Sell pt. | 05/21 | J | | |
| 30. NOK | A | Dividend | | | Sell all | 06/17 | J | | |
| 31. APC | A | Dividend | J | T | | | | | |
| 32. CAH | A | Dividend | | | Sell all | 07/09 | K | | |
| 33. PFE | A | Dividend | J | T | Sell pt | 11/16 | J | | |
| 34. RTN | A | Dividend | J | T | | | | | |
| 35. TGT | A | Dividend | K | T | | | | | |
| 36. AIG | A | Dividend | J | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. BBY | A | Dividend | K | T | Sell pt. | 11/16 | J | B | |
| 38. LOW | A | Dividend | J | T | | | | | |
| 39. DLTR | | None | J | T | | | | | |
| 40. MHS | | None | J | T | | | | | |
| 41. BAC | A | Dividend | K | T | Stock split | 8/30 | J | | |
| 42. WM | A | Dividend | J | T | | | | | |
| 43. UPS | A | Dividend | J | T | | | | | |
| 44. COP | A | Dividend | K | T | | | | | |
| 45. AMB | | None | J | T | Buy | 10/7 | J | | |
| 46. CBSS | A | Dividend | J | T | Buy | 6/17 | J | | |
| 47. DIS | | None | J | T | Buy | 5/13 | J | | |
| 48. PEP | A | Dividend | J | T | Buy | 8/26 | J | | |
| 49. SLB | A | Dividend | J | T | Buy | 6/17 | J | | |
| 50. TYC | | None | J | T | Buy | 11/19 | J | | |
| 51. MLS | A | Dividend | J | T | Buy | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hittner, David | 5/10/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII:

1. Item 3 - (IRA at JP Morgan Chase Bank) is a cash equivalent account.

2. Item 10 - All investments held by Adell Harriman & Carpenter in Fidelity Investments portfolio are items of common stock unless otherwise noted. All common stock items are listed by their stock exchange symbols.

3. Gain Codes are left blank for transactions which were losses.

4. Explanation of abbreviations used: pt. - partial.

# IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544